UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE ED STACKHOUSE,

       Petitioner,                                  Case No. 1:08-cv-206

v.                                                       Hon. Janet T. Neff

WENDELL A. MILES, et al.,

       Respondents.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 6, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's petition is **DISMISSED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is denied as to each issue raised by petitioner.

Dated: April 8, 2008                                            /s/Janet T. Neff
                                                                 Janet T. Neff
                                                                 United States District Judge